DANIEL W. BALLESTEROS -- BAR NO. 142003
SBLEND A. SBLENDORIO -- BAR NO. 109903
COLLEEN B. KELLEY -- BAR NO. 238294
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

Attorneys for Plaintiff
RUSSELL FARKOUH

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

| | |
|---|---|
| In Re:<br><br>JAMES M. LIQUORI<br><br>Debtor, | No. 10-55627<br><br>JUDGMENT |
| RUSSELL FARKOUH,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES M. LIQUORI,<br><br>Defendant. | Adversary No. 10-5295 |

Plaintiff Russell Farkhouh filed his Complaint To Determine Dischargeability Of Debt Pursuant To 11 U.S.C. §§523(a)(2)(A), 523(a)(4) and 523(a)(6) (hereinafter "Complaint), on August 26, 2010. Defendant James M. Liquori has read the Complaint and has stipulated that the facts contained therein are true. The parties further stipulated that the following debts incurred by Defendant Liquori are based on fraud and are nondischargable debts. The parties agreed that a judge of the United States Bankruptcy Court may enter the following judgment.

NOW, THEREFORE, IT IS ADJUDGED, ORDERED, AND DECREED that the

1 following debts, arising out of the transactions more fully described in the Complaint, are
2 non-dischargeable:
3     (a)    defendant Liquori's indebtedness to plaintiff arising out of the 5th deed of trust
4 of November 2008, in the amount of $42,100, is a non-dischargeable debt pursuant to 11
5 U.S.C. § 523(a)(2)(A), 11 U.S.C. § 523(a)(4), and 11 U.S.C. § 523(a)(6); and
6     (b)    defendant Liquori's indebtedness to plaintiff arising out of the Barajas loan, in
7 the amount of $140,000, is a non-dischargeable debt pursuant to 11 U.S.C. § 523(a)(4);
8 11 U.S.C. § 523(a)(2)(A), 11 U.S.C. § 523(a)(4), and 11 U.S.C. § 523(a)(6).
9     SO ADJUDGED.

DATED: September 22, 2010

JUDGE OF THE UNITED STATES
BANKRUPTCY COURT