| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* After recording, return to: Angela L. Cash, Consumer Recovery Account Counsel (#230882) for the Real Estate Commissioner of the State of California - Bureau of Real Estate, Consumer Recovery Account Unit PO Box 137007, Sacramento, CA 95813-7007 TEL NO.: (916) 263-8925  FAX NO. (optional): (916) 263-3760 E-MAIL ADDRESS *(Optional):* [ ] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [x] ASSIGNEE OF RECORD |
|---|

**FILED**
JAN 1 8 2018
United States Bankruptcy Court
San Jose, California

SUPERIOR COURT OF CALIFORNIA, COUNTY OF US Bankruptcy Court
STREET ADDRESS: 280 South First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Northern District of California

FOR RECORDER'S USE ONLY

PLAINTIFF: Russell Farkouh
DEFENDANT: James M. Liquori

CASE NUMBER: 10-55627 / AP No. 10-5295

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

FOR COURT USE ONLY

1. The [ ] judgment creditor  [x] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      James M. Liquori
      1190 S. Bascom Ave., #129
      San Jose, CA 95128

   b. Driver's license no. [last 4 digits] and state:  [x] Unknown
   c. Social security no. [last 4 digits]: 1860  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

      James M. Liquori, 1190 S. Bascom Ave., #129, San Jose, CA 95128

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Real Estate Commissioner, State of California
   P.O. Box 137007
   Sacramento, CA 95813-7007

Date: 1\2\18
Angela L. Cash
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [x] Original abstract recorded in this county: Santa Clara
   a. Date: 11/05/2010
   b. Instrument No.: 20946410

▶ *(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed: $ 182,100.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 09/22/2010
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date):*
JAN 1 8 2018

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

Case: 10-05295   Doc# 7   Filed: 01/18/18   Entered: 01/18/18 12:18:32   Page 1 of 2

| PLAINTIFF: Russell Farkouh | COURT CASE NO.: |
| --- | --- |
| DEFENDANT: James M. Liquori | 10-55627 / AP No. 10-5295 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]  **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  Page 2 of 2

Case: 10-05295   Doc# 7   Filed: 01/18/18   Entered: 01/18/18 12:18:32   Page 2 of 2